UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: )<br>)<br>JOHN O. DESMOND, CHAPTER 7 )<br>TRUSTEE FOR NATIONAL FISH & )<br>SEAFOOD, INC )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>NG JOO PUAY, NG PUAY YE, NG JOO )<br>KWEE, NG JOO SIANG, MICHAEL )<br>BRUNO, TODD PROVOST )<br>and JACK VENTOLA )<br>)<br>    Defendants. )<br>) | Civil Action No.  21-10015-MGM |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM MAILING AND ELECTRONIC SERVICE LISTS

I, Anthony R. Leone, as attorney for John O. Desmond, the Chapter 7 Trustee of the bankruptcy estate of National Fish and Seafood, Inc., hereby give notice of withdrawal of my appearance and respectfully request removal from all mailing and electronic service lists in this case.

/s/ Anthony R. Leone
Anthony R. Leone, Esq., BBO #681760
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4000 Telephone
(617) 482-3868 (fax)
aleone@murthalaw.com

DATED:  March 4, 2021

11329111v1

CERTIFICATE OF SERVICE

    I, Anthony R. Leone, hereby certify that on the 4th day of March, 2021, a copy of the foregoing pleading was served through the Court's electronic filing system on all parties registered to receive notice.

                                                /s/ Anthony R. Leone
                                                Anthony R. Leone